Christopher Emch
FOSTER GARVEY PC
1111 Third Avenue, Ste. 3000
Seattle, WA 98101
206-447-4400
chris.emch@foster.com

Attorneys for Defendant Arzz International, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VALERIE BROOKS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ARZZ INTERNATIONAL, INC. d/b/a SCHUTZ, a Delaware corporation; and DOES 1 to 10,

Defendants.

Civil Action No. 2:20-cv-02511-TLN-KJN

**JOINT STIPULATION TO SET ASIDE DEFAULT AND ORDER [FRCP 55(c)]**

**Honorable Judge Troy L. Nunley**

Plaintiff Valerie Brooks ("Plaintiff"), by and through her attorneys of record, and Defendant Arzz International, Inc. d/b/a Schutz ("Defendant"), by and through its attorneys Foster Garvey PC (Plaintiff and Defendant collectively, the "Parties") HEREBY JOINTLY STIPULATE AS FOLLOWS:

WHEREAS, the Court Clerk entered a default in this matter on July 14, 2021.

WHEREAS, the Parties wish to cooperate in setting aside the default and to proceed with this action.

IT IS HEREBY STIPULATED that:

1. The Parties hereby respectfully request that the Court set aside the default entered by the Clerk in this matter;

2. Defendant shall be permitted to file an Answer in response to the Complaint in this action;

3. That Defendant shall file its response on or before September 3, 2021; and

4. Each party shall bear his/her/its own costs.

IT IS SO STIPULATED.

Dated: August 5, 2021

WILSHIRE LAW FIRM

By: *s/ Thiago Coelho*
Thiago Coelho SBN#324715

Attorneys for Plaintiff

FOSTER GARVEY PC

By: *s/ Christopher Emch*
Christopher Emch SBN#168877

Attorneys for Defendant

**CERTIFICATION OF SERVICE**

I hereby certify that on this day, a copy of the foregoing was electronically transmitted to all counsel of record via the court's electronic filing system.

Dated: August 5, 2021

By: *s/ Pauline R. Blair*
Pauline R. Blair

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the default entered by the clerk in this matter be set aside. IT IS FURTHER ORDERED that Defendant shall file its response to the Complaint on or before September 3, 2021. IT IS FURTHER ORDERED that each party shall bear their own costs.

IT IS SO ORDERED.

Dated: August 5, 2021

Troy L. Nunley
United States District Judge