1  Christopher Emch, SBN#168877
   FOSTER GARVEY PC
2  1111 Third Avenue, Ste. 3000
   Seattle, WA  98101
3  206-447-4400
   chris.emch@foster.com
4
   Attorneys for Defendant Arzz International, Inc.
5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10 | VALERIE BROOKS, individually and on behalf of all others similarly situated, | Civil Action No. 2:20-cv-02511-TLN-KJN |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |
| v. | |
| ARZZ INTERNATIONAL, INC. d/b/a SCHUTZ, a Delaware corporation; and DOES 1 to 10, | **Honorable Judge Troy L. Nunley** |
| Defendants. | |

   Plaintiff Valerie Brooks ("Plaintiff"), by and through her attorneys of record, and Defendant Arzz International, Inc. d/b/a Schutz ("Defendant"), by and through its attorneys Foster Garvey PC (Plaintiff and Defendant collectively, the "Parties") HEREBY JOINTLY STIPULATE AS FOLLOWS:

   WHEREAS, Plaintiff filed a Notice of Settlement in this matter on August 11, 2021 (ECF No. 10).

   WHEREAS, on or about August 11, 2021, the Court entered an Order acknowledging the filing of the Notice of Settlement, vacating all previously set deadlines, and ordering that dispositional documents be filed on or before September 7, 2021.

WHEREAS, the Parties thereafter have been diligently working on memorializing the terms of their settlement in a settlement agreement, which is currently in the process of being reviewed, finalized, and executed, and the Parties need some additional time to complete that process.

IT IS HEREBY STIPULATED that:

1. The Parties hereby respectfully request that the Court extend the deadline for the filing of dispositional documents by two weeks from September 7, 2021 to September 21, 2021.

2. In the event the settlement is not finalized and dispositional documents are not filed by September 21, 2021, the Parties hereby respectfully request that the Court thereafter permit the Defendant to file a response to the Complaint on or before September 24, 2021.

Dated:  September 3, 2021

| WILSHIRE LAW FIRM | FOSTER GARVEY PC |
|---|---|
| By: *s/ Jasmine Behroozan*<br>Thiago Coelho SBN#324715<br>Jasmine Behroozan SBN# 325761<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, CA  90010<br>(213) 381-9988<br>thiago@wilshirelawfirm.com<br>jasmine@wilshirelawfirm.com<br><br>*Attorneys for Plaintiff* | By: *s/ Christopher Emch*<br>Christopher Emch SBN#168877<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>(206) 447-4400<br>chris.emch@foster.com<br><br>*Attorneys for Defendant* |

JOINT STIPULATION TO EXTEND DEADLINE
TO FILE DISPOSITIONAL DOCUMENTS -2
Case No. 20-cv-02511-TLN-KJN

# CERTIFICATION OF SERVICE

I hereby certify that on this day, a copy of the foregoing was electronically transmitted to all counsel of record via the court's electronic filing system.

Dated:  September 3, 2021

By: *s/ Pauline Blair*
Pauline Blair
Legal Practice Assistant

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties shall file dispositional documents pursuant to the Notice of Settlement (ECF No. 10) on or before September 21, 2021.  IT IS FURTHER ORDERED that, in the event the settlement is not finalized and dispositional documents are not filed by September 21, 2021, the Defendant shall file its response to the Complaint on or before September 24, 2021.  IT IS FURTHER ORDERED that each party shall bear their own costs.

IT IS SO ORDERED.

Dated:  September 7, 2021

Troy L. Nunley
United States District Judge